■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MASTRANGELO, Appellant.—Judgment unanimously affirmed. Memorandum: We conclude that defendant received meaningful representation *(see, People v Satterfield,* 66 NY2d 796, 799-800; *People v Baldi,* 54 NY2d 137, 146-147). Defendant's remaining contentions lack merit. (Appeal from Judgment of Supreme Court, Monroe County, Kennedy, J.—Manslaughter, 1st Degree.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.